**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF COLUMBIA

Case number *(if known)* ____________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Synergy CHC Inc. | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 00-0000000 | |
| 4. | **Debtor's address** | **Principal place of business**<br>3175 Highway 2<br>Fall River, Nova Scotia B2T IJ5<br>Number, Street, City, State & ZIP Code<br><br>County | **Mailing address, if different from principal place of business**<br>PO Box 22<br>Sebago, ME 04029<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>20 Heroux Devtek Dr.Cambridge ON N3E 0A<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Debtor Synergy CHC Inc. Case number (*if known*) ____________
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

4242

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply*:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

Debtor Synergy CHC Inc.
Name

Case number (*if known*)

List all cases. If more than 1, attach a separate list

Debtor See Attachment Relationship
District When Case number, if known

**11. Why is the case filed in *this district?***

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor Synergy CHC Inc.
Name

Case number (*if known*)

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 4, 2026
MM / DD / YYYY

***X*** /s/ Lauren Berret
Signature of authorized representative of debtor

Lauren Berret
Printed name

Title Authorized Agent

---

**18. Signature of attorney**

***X*** /s/ Maurice Verstandig
Signature of attorney for debtor

Date September 4, 2026
MM / DD / YYYY

Maurice Verstandig
Printed name

The VerStandig Law Firm
Firm name

9812 Falls Road
#114-160
Potomac, MD 20854
Number, Street, City, State & ZIP Code

Contact phone

Email address mac@mbvesq.com

Bar number and State

Debtor Synergy CHC Inc.
Name

Case number (*if known*)

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF COLUMBIA

Case number *(if known)* Chapter 11

☐ Check if this is an amended filing

## FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | Hand MD Corp | | | Relationship to you | Affiliate |
| District | District of Columbia | When | 9/4/26 | Case number, if known | |
| Debtor | NomadChoice Pty Ltd. | | | Relationship to you | Affiliate |
| District | District of Columbia | When | 9/4/26 | Case number, if known | |
| Debtor | Synergy CHC Corp | | | Relationship to you | Affiliate |
| District | District of Columbia | When | 9/4/26 | Case number, if known | |
| Debtor | Synergy CHC Mexico | | | Relationship to you | Affiliate |
| District | District of Columbia | When | 9/4/26 | Case number, if known | |
| Debtor | Synergy Reorg, LLC | | | Relationship to you | Affiliate |
| District | District of Columbia | When | 9/4/26 | Case number, if known | |

**RESOLUTION OF SYNERGY CHC CORP. CONCERNING RELATED ENTITIES**

WHEREAS, Synergy CHC Corp. ("Synergy") has elected to seek relief pursuant to chapter 11 of title 11 of the United States Code; and

WHEREAS, Synergy is the sole owner, and has absolute managerial control over, (i) Synergy Reorg, LLC.; (ii) Synergy CHC Inc.; (iii) Hand MD Corp.; (iv) Synergy CHC Mexico; and (v) NomadChoice Pty, Ltd. (collectively, the "Subsidiaries"); and

WHEREAS, it is the belief of Synergy that the best interests of creditors, stockholders, and other parties in interest—of both Synergy and the Subsidiaries—will be advanced through a liquidation or reorganization of the assets of the Subsidiaries under chapter 11 of title 11 of the United States Code; and

WHEREAS, Synergy does resolve as follows:

1. Each of the Subsidiaries are authorized to petition for relief pursuant to chapter 11 of title 11 of the United States Code and to do so without any further action or authorization of Synergy;

2. Lauren Berret of Eisner Advisory Group LLC shall serve as the chief restructuring officer of each of the Affiliates, on the terms and conditions previously agreed upon in connection with her engagement by Synergy;

3. The VerStandig Law Firm, LLC shall serve as the Subsidiaries' bankruptcy counsel, on the terms and conditions previously agreed upon, with the law firm's engagement being expressly ratified; and

4. All actions necessary to carry out the bankruptcy of the Subsidiaries shall hereafter be conducted without further action required by any person other than the chief restructuring officer of the Subsidiaries, who shall be the person to execute the petition for relief and related bankruptcy filings on behalf of each of the Subsidiaries.

Dated this 4th day of September, 2026

SYNERGY CHC CORP.

By: DocuSigned by: Jack Ross
CAE4FF7E52AA41F...
Jack Ross
Chairman of the Board of Directors

By: Signed by: Lauren Berret
2614ABA1948140C...
Lauren Berret
Chief Restructuring Officer

**Fill in this information to identify the case:**

Debtor name Synergy CHC Inc.

United States Bankruptcy Court for the: DISTRICT OF COLUMBIA

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____________
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 4, 2026

*X* /s/ Lauren Berret
Signature of individual signing on behalf of debtor

Lauren Berret
Printed name

Authorized Agent
Position or relationship to debtor



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Synergy CHC Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF COLUMBIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| ACP Agency, LLC<br>c/o Acme Credit Partners, LLC<br>600 Lexington Ave., 14th Floor<br>New York, NY 10022 | peschmann@acmecreditpartners.com | | Disputed | $18,898,424.70 | $0.00 | $18,898,424.70 |
| Baass Business Solutions, Inc<br>1200 Centre Street<br>Thornhill, ON L4J 3M9 | | | | | | $15,845.84 |
| Bell Mobility, Inc.<br>PO Box 5102<br>Burlington, ON L7R 4R7 | | | | | | $306.47 |
| Circana, LLC<br>203 N. LaSalle Street<br>Chicago, IL 60601 | | | | | | $5,494.92 |
| Eastlink<br>PO Box 8600<br>Halifax, NS B3K 5M2 | | | | | | $277.90 |
| Innomar Strategies<br>c/o T10370C<br>Toronto, ON M5W 4H1 | | | | | | $6,902.28 |
| Kinsbrae Packaging<br>20 Heroux Devtek Dr.<br>Cambridge, ON N3E 0A8 | | | | | | $49,196.87 |
| Pharmasave Drugs (National) Ltd.<br>Suite 201, 8411 200th Street<br>Longley, BC, V2Y 0E7 | | | | | | $361.53 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Inc.
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Rithum Corporation<br>1201 Peachtree St NE<br>Atlanta, GA 30361 | | | | | | $103.78 |
| Stryder Distribution, Ltd.<br>500-710 Dorval Drive<br>Oakville, ON L6K 3V7 | | | | | | $531.45 |
| Walmart Canada Corp<br>C/O Bank of America<br>Lockbox Services<br>PO Box 4090 Stn A<br>Toronto, ON M5W 0E9 | | | | | | $195.67 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Synergy CHC Inc.

United States Bankruptcy Court for the: DISTRICT OF COLUMBIA

Case number (if known) ______________________

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals **12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

 1a. **Real property:**
 Copy line 88 from *Schedule A/B*.................... $ 0.00

 1b. **Total personal property:**
 Copy line 91A from *Schedule A/B*.................... $ 1,175,573.29

 1c. **Total of all property:**
 Copy line 92 from *Schedule A/B*.................... $ 1,175,573.29

**Part 2: Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
 Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ 18,898,424.70

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

 **3a. Total claim amounts of priority unsecured claims:**
 Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................... $ 0.00

 **3b. Total amount of claims of nonpriority amount of unsecured claims:**
 Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................... +$ 79,216.71

4. **Total liabilities** ....................
 Lines 2 + 3a + 3b $ 18,977,641.41



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Synergy CHC Inc.

United States Bankruptcy Court for the: DISTRICT OF COLUMBIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property 12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. Royal Bank of Canada | Checking | 4181 | $180.70 |
| 3.2. Royal Bank of Canada | Checking | 2911 | $250.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** $430.70

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Inc. Case number (If known)
Name

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | 326,877.70 (face amount) | - | 0.00 (doubtful or uncollectible accounts) | = .... $326,877.70 |

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.
$326,877.70

**Part 4: Investments**

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☒ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale**<br>Finished goods, packaging materials, raw materials, and work-in-process inventory, as set forth in Exhibit B | | $848,264.89 | | $848,264.89 |
| 22. | **Other inventory or supplies** | | | | |

23. **Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84.
$848,264.89

24. **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value ______ Valuation method ______ Current Value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Inc. Case number *(If known)* ______
Name

☒ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| | Health Canada Product Licence ? Factor Kids, Product No. 80085731 | $0.00 | | Unknown |
| | Health Canada Product Licence ? FOCUSfactor Brain and Vision, Product No. 80085735. | $0.00 | | Unknown |
| | Health Canada Product Licence ? FOCUSfactor Extra Strength, Product No. 80085743. | $0.00 | | Unknown |
| | Health Canada Product Licence ? Focus Factor F29 Extra Strength, Product No. 80109514. | $0.00 | | Unknown |
| | Health Canada Product Licence ? Focus Factor F29 Regular Strength, Product No. 80109513. | $0.00 | | Unknown |
| | Health Canada Product Licence ? FOCUSfactor Immunity Gummies, Product No. 80105740. | $0.00 | | Unknown |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.** $0.00

Add lines 60 through 65. Copy the total to line 89.


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Inc. Case number *(If known)*
Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.
☐ Yes Fill in the information below.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Inc. Case number *(If known)*
Name

**Part 12: Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $430.70 | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $326,877.70 | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $848,264.89 | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | | |
| 88. | **Real property.** *Copy line 56, Part 9*.........................................................................................> | | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | | |
| 91. | **Total.** Add lines 80 through 90 for each column | $1,175,573.29 | **+** 91b. | $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | | $1,175,573.29 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Exhibit A - Accounts Receivable**

**Location: E200–Synergy CHC Inc.**

# Synergy CHC Inc.

## Customer aging report (CAD - exchange as of 08/26/2026)

**Based on: Invoice date As of date: 08/26/2026**

| Customer ID | Customer name | -0 | 1-30 | 31-60 | 61-90 | 91- | Total |
|---|---|---|---|---|---|---|---|
| CUS10000 | Amazon Vendor Central | 0.00 | (3,506.39) | 22,378.51 | (1,063.51) | 1,015.02 | **18,823.63** |
| CUS10001 | Costco Canada | 0.00 | 0.00 | 18,018.69 | 0.00 | 89.82 | **18,108.51** |
| CUS10005 | Loblaws Inc. | 0.00 | 2,751.03 | 1,046.75 | 4,987.60 | 24,257.60 | **33,042.98** |
| CUS10006 | McKesson Canada | 0.00 | 28,188.14 | 130,242.02 | (26.49) | (7,036.00) | **151,367.67** |
| CUS10008 | Shoppers Drug Mart Inc | 0.00 | 99,949.81 | 42,043.48 | 30,474.17 | 38,278.07 | **210,745.53** |
| CUS10009 | Sobeys Administration | 0.00 | 2,156.93 | 844.11 | 1,783.39 | 15,542.05 | **20,326.48** |
| CUS10013 | Federated Co - Operatives Limited | 0.00 | (286.54) | (15.21) | 0.00 | 0.00 | **(301.75)** |
| CUS10020 | Metro Ontario Inc | 0.00 | (217.75) | 0.00 | 0.00 | 2,101.50 | **1,883.75** |
| | **Grand totals - CAD** | **0.00** | **$129,035.23** | **$214,558.35** | **$36,155.16** | **$74,248.06** | **$453,996.80** |
| | **Grand totals - USD** | **0.00** | **$92,905.37** | **$154,482.01** | **$26,031.72** | **$53,458.60** | **$326,877.70** |

**Exhibit B - Inventory**

Synergy Inventory
As of July 30, 2026

Kinsbrae Packaging
20 Heroux Devtek Dr
Cambridge ON N3E 0A8

| Type | Item | Description | Sum of On Hand | Column1 | USD | CAD<br>$ 0.72 | Total In USD |
|---|---|---|---|---|---|---|---|
| Corrugate | Synergy Berry 12pk Sleek Glued Tray | Synergy - Berry 12 x 355ml Sleek white glued trays Version FFCAN.RED.RTD.12PK_V2 UPC 811909034658 30-7/8 x 26-1/8 (4 Out) 29-ECT B White | 20381 | 0.4745 | $ 9,670.78 | | $ 9,670.78 |
| Corrugate | Synergy Orange12pk Sleek Glued Tray | Synergy -Orange 12 x 355ml Sleek white glued trays Version FFCAN.ORG.RTD.12PK_V2 UPC 811909034665 30-7/8 x 26-1/8 (4 Out) 29-ECT B White | 20880 | 0.4745 | $ 9,907.56 | | $ 9,907.56 |
| Corrugate | Synergy Original 12pk Sleek Glued Tray | Synergy - Original 12 x 355ml Sleek white glued trays Version FFCAN.BLU.RTD.12PK_V2 UPC 811909034672 30-7/8 x 26-1/8 (4 Out) 29-ECT B White | 20850 | 0.4745 | $ 9,893.33 | | $ 9,893.33 |
| Corrugate | Synergy Pineapple12pk Sleek Glued Tray | Synergy - Pineapple12 x 355ml Sleek white glued trays Version FFCAN.RTD.PNA.12PK_V2 UPC 811909035426 30-7/8 x 26-1/8 (4 Out) 29-ECT B White | 20700 | 0.4745 | $ 9,822.15 | | $ 9,822.15 |
| Corrugate | Synergy Rainbow Shaved Ice 12pk Sleek Glued Tray | Synergy - Rainbow Shaved Ice12 x 355ml Sleek white glued trays Version FFCAN.RTD.RSI.12PK_V2 UPC 811909035419 30-7/8 x 26-1/8 (4 Out) 29-ECT B White | 20400 | 0.4745 | $ 9,679.80 | | $ 9,679.80 |
| Filled Can | SYN-BER-12S-Can | Synergy 355ml Filled Can - Berry | 172679 | 0.5112 | $ 88,273.50 | | $ 88,273.50 |
| Filled Can | SYN-BLU-12S-Can | Synergy 355ml Filled Can - Original | 147272 | 0.5112 | $ 75,285.45 | | $ 75,285.45 |
| Filled Can | SYN-ORG-12S-Can | Synergy 355ml Filled Can - Orange | 191712 | 0.5112 | $ 98,003.17 | | $ 98,003.17 |
| Filled Can | SYN-PNA-12S-Can | Synergy 355ml Filled Can - Pineapple | 185657 | 0.5112 | $ 94,907.86 | | $ 94,907.86 |
| Filled Can | SYN-RSI-12S-Can | Synergy 355ml Filled Can - Rainbow Shaved Ice | 192248 | 0.5112 | $ 98,277.18 | | $ 98,277.18 |
| Master Case | SYN-BER-12S-4x4 | Synergy Berry 4x4pk completed Master Case - 16 cans/4 x 4packs in 1 master case ready for shipment | 2329 | 12.22 | $ 28,460.38 | | $ 28,460.38 |
| Master Case | SYN-BLU-12S-4x4 | Synergy Original 4x4pk completed Master Case - 16 cans/4 x 4packs in 1 master case ready for shipment | 2058 | 12.22 | $ 25,148.76 | | $ 25,148.76 |

**Exhibit B - Inventory**

Synergy Inventory
As of July 30, 2026

Kinsbrae Packaging
20 Heroux Devtek Dr
Cambridge ON N3E 0A8

$ 0.72

| Type | Item | Description | Sum of On Hand | Column1 | USD | CAD | Total In USD |
|---|---|---|---|---|---|---|---|
| Master Case | SYN-ORG-12S-4x4 | Synergy Orange 4x4pk completed Master Case - 16 cans/4 x 4packs in 1 master case ready for shipment | 1853 | 12.22 | $ 22,643.66 | | $ 22,643.66 |
| Master Case | SYN-PNA-12S-4x4 | Synergy Pineapple 4x4pk completed Master Case - 16 cans/4 x 4packs in 1 master case ready for shipment | 1928 | 12.22 | $ 23,560.16 | | $ 23,560.16 |
| Master Case | SYN-RSI-12S-4x4 | Synergy Rainbow Shaved Ice 4x4pk completed Master Case - 16 cans/4 x 4packs in 1 master case ready for shipment | 1842 | 12.22 | $ 22,509.24 | | $ 22,509.24 |
| Packaging | SYN-4PK-Master | Synergy - 4PK master shipper RSC (32ect kraft, no print) to hold 4 x 4PK 355ml Sleek Can Carrier | 15377 | 0.6161 | $ 9,473.77 | | $ 9,473.77 |
| Packaging | SYN-BER-12S-4pkbox | Synergy Berry 4PK 355ml Sleek Can Carrier CMYK + 1 special each 18pt CNK C1S | 7421 | 0.3932 | $ 2,917.94 | | $ 2,917.94 |
| Packaging | SYN-BLU-12S-4pkbox | Synergy Original 4PK 355ml Sleek Can Carrier CMYK + 1 special each 18pt CNK C1S | 8536 | 0.3932 | $ 3,356.36 | | $ 3,356.36 |
| Packaging | SYN-ORG-12S-4pkbox | Synergy Orange4PK 355ml Sleek Can Carrier CMYK + 1 special each 18pt CNK C1S | 9356 | 0.3932 | $ 3,678.78 | | $ 3,678.78 |
| Packaging | SYN-PNA-12S-4pkbox | Synergy Pineapple 4PK 355ml Sleek Can Carrier CMYK + 1 special each 18pt CNK C1S | 13135 | 0.3932 | $ 5,164.68 | | $ 5,164.68 |
| Packaging | SYN-RSI-12S-4pkbox | Synergy Rainbow Shaved Ice 4PK 355ml Sleek Can Carrier CMYK + 1 special each 18pt CNK C1S | 12474 | 0.3932 | $ 4,904.78 | | $ 4,904.78 |
| Printed Can | Synergy Berry 355MLSleek Printed Can | Synergy - Berry Flavour 355ML/12oz Sleek Printed Can Version Code: FFRTD.CA.RED_V2 UPC 811909034344 | 5060 | 0.1339 | $ 677.53 | | $ 677.53 |
| Printed Can | Synergy Orange 355MLSleek Printed Can | Synergy - Orange Flavour 355ML/12oz Sleek Printed Can Version Code: FFRTD.CA.ORG_V2 UPC 81190934351 | 8096 | 0.1339 | $ 1,084.05 | | $ 1,084.05 |
| Printed Can | Synergy Original 355MLSleek Printed Can | Synergy - Original Flavour 355ML/12oz Sleek Printed Can Version Code: FFRTD.CA.BLU_V2 UPC 811909034368 | 39974 | 0.1339 | $ 5,352.52 | | $ 5,352.52 |

**Exhibit B - Inventory**

Synergy Inventory
As of July 30, 2026

Kinsbrae Packaging
20 Heroux Devtek Dr
Cambridge ON N3E 0A8

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | $ 0.72 | |
| **Type** | **Item** | **Description** | **Sum of On Hand** | **Column1** | **USD** | **CAD** | **Total In USD** |
| Printed Can | Synergy Pineapple 355MLSleek Printed Can | Synergy - Pineapple Flavour 355ML/12oz Sleek Printed Can Version Code: FFRTD.CA.PNA_V1 UPC 811909035389 | 21758 | 0.1339 | $ 2,913.40 | | $ 2,913.40 |
| Printed Can | Synergy Rainbow Shaved Ice 355MLSleek Printed Can | Synergy - Rainbow Shaved Ice Flavour 355ML/12oz Sleek Printed Can Version Code: FFRTD.CA.RSI_V1 UPC 811909035402 | 8096 | 0.1339 | $ 1,084.05 | | $ 1,084.05 |
| Tablet | Flat Tummy Tea - Cleanse | Flat Tummy Tea - Cleanse | 100 | 51.57 | | $ 5,157.00 | $ 3,713.04 |
| Tablet | FocusFactor 60Ct. 24 Case Tablet | FocusFactor 60Ct. 24 Case Tablet | 209 | 110.16 | | $ 23,023.44 | $ 16,576.88 |
| Tablet | FocusFactor Brain & Vision Tablet | FocusFactor Brain & Vision Tablet | 382 | 109.385 | | $ 41,785.07 | $ 30,085.25 |
| Tablet | FocusFactor Extra Strength Tablet | FocusFactor Extra Strength Tablet | 357 | 113.86 | | $ 40,648.02 | $ 29,266.57 |
| Tablet | FocusFactor Kids 60Ct. 24 Case Tablet | FocusFactor Kids 60Ct. 24 Case Tablet | 400 | 82.62 | | $ 33,048.00 | $ 23,794.56 |
| (blank) | SYN-BER-12S-12PK | Synergy Berry 12pk completed case - 12 cans/1 glue tray ready for shipment | 0 | | | | $ - |
| (blank) | SYN-ORG-12S-12PK | Synergy Orange 12pk completed case - 12 cans/1 glue tray ready for shipment | 0 | | | | $ - |
| **Total** | | | | | | **USD** | **$ 770,087.14** |

**Exhibit B - Inventory**

**Company n:** Synergy CHC Inc.

**Report nam** Inventory valuation

**Created on:** 9/2/26

**Location:** E200--Synergy CHC Inc.

Innomar Strategies
3470 Superior Court

Oakville, ON L6L
0C4

| Item ID | Description | Product line | Costing method | UOM | Date of last activity | Last unit cost | QOH | Unit cost | Value |
|---|---|---|---|---|---|---|---|---|---|
| 2356235 | Focus Factor Adult 150 ct | Focus Factor - Focus Factor | FIFO | Each | 04/17/2026 | 7.88 | 96.00 | 7.76 | $745.26 |
| SYNH0001 | FOCUS FACTOR 60CT ADULT | Focus Factor - Focus Factor | FIFO | Each | 08/12/2026 | 113.15 | 4.00 | 107.36 | $429.45 |
| SYNH0002 | Flat Tummy Tea - 2 week | Flat Tummy - Flat Tummy | FIFO | Each | 04/28/2026 | 95.87 | 173.00 | 95.87 | $16,586.20 |
| SYNH0003 | Flat Tummy Tea - 4 week | Flat Tummy - Flat Tummy | FIFO | Each | 06/02/2026 | 116.70 | 188.00 | 116.70 | $21,939.94 |
| SYNH0004 | FOCUS FACTOR BRAIN & VISION 60CT | Focus Factor - Focus Factor | FIFO | Each | 08/12/2026 | 113.15 | 1,011.00 | 34.48 | $34,855.79 |
| SYNH0005 | FOCUS FACTOR ES 60CT | Focus Factor - Focus Factor | FIFO | Each | 08/11/2026 | 113.05 | 704.00 | 13.86 | $9,759.45 |
| SYNH0005- | Focus Factor ES 60ct | Focus Factor - Focus Factor | FIFO | Each | 05/29/2026 | 0.00 | -3.00 | 0.00 | $0.00 |
| SYNH0006 | FOCUS FACTOR KIDS 60CT | Focus Factor - Focus Factor | FIFO | Each | 07/24/2026 | 82.62 | 758.00 | 20.34 | $15,421.09 |
| SYNH0017 | Flat Tummy Tea Weekend Cleanse | Flat Tummy - Flat Tummy | FIFO | Each | 07/24/2026 | 51.57 | 82.00 | 51.57 | $4,229.03 |
| SYNH00615 | FF Adult 150ct -24 | Focus Factor - Focus Factor | FIFO | Each | 04/16/2026 | 191.44 | 12.00 | 384.50 | $4,613.99 |
| | | | | | | | | | |
| **Total** | | | | | | | | **CAD** | **$108,580.21** |
| **Total** | | | | | | | | **USD** | **$78,177.75** |

**Fill in this information to identify the case:**

Debtor name Synergy CHC Inc.

United States Bankruptcy Court for the: DISTRICT OF COLUMBIA

Case number (if known) ______

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1** ACP Agency, LLC — Column A: $18,898,424.70 — Column B: $0.00

Creditor's Name

c/o Acme Credit Partners, LLC
600 Lexington Ave., 14th Floor
New York, NY 10022

Creditor's mailing address

peschmann@acmecreditpartners.com

Creditor's email address, if known

**Date debt was incurred**
2025-05

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $18,898,424.70

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Synergy CHC Inc.

United States Bankruptcy Court for the: DISTRICT OF COLUMBIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1: List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|
| **2.1** Priority creditor's name and mailing address: Canada Revenue Agency, 875 Heron Road, Ottawa, ON K1A 1B1<br>As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Date or dates debt was incurred:<br>Basis for the claim:<br>Last 4 digits of account number:<br>Is the claim subject to offset? ☒ No ☐ Yes<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | $0.00 | $0.00 |
| **2.2** Priority creditor's name and mailing address: Canada Revenue Agency, Tax Center, Summerside, PE C1N 6A2<br>As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Date or dates debt was incurred:<br>Basis for the claim:<br>Last 4 digits of account number:<br>Is the claim subject to offset? ☒ No ☐ Yes<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | $0.00 | $0.00 |
| **2.3** Priority creditor's name and mailing address: Canadian Revenue Agency - Payroll, PO Box 3800, STN A, Sudbury, ON P3A 0C3<br>As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed<br>Date or dates debt was incurred:<br>Basis for the claim:<br>Last 4 digits of account number:<br>Is the claim subject to offset? ☒ No ☐ Yes<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | $0.00 | $0.00 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Inc. Case number (if known)
Name

**2.4** Priority creditor's name and mailing address
Revenu Quebec
C. P. 25500 succursale Terminus
Quebec, QC G1A 0A9

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

**2.5** Priority creditor's name and mailing address
Revenue of Quebec
Attn: Alain Lacasse C65-6F
Quebec, QC G1N 4V5

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00 $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
Baass Business Solutions, Inc
1200 Centre Street
Thornhill, ON L4J 3M9

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$15,845.84

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
Bell Mobility, Inc.
PO Box 5102
Burlington, ON L7R 4R7

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$306.47

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
Circana, LLC
203 N. LaSalle Street
Chicago, IL 60601

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,494.92

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
Eastlink
PO Box 8600
Halifax, NS B3K 5M2

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$277.90

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Inc.
Name

Case number (if known)

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.5 | Innomar Strategies<br>c/o T10370C<br>Toronto, ON M5W 4H1<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | $6,902.28 |
| 3.6 | Kinsbrae Packaging<br>20 Heroux Devtek Dr.<br>Cambridge, ON N3E 0A8<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | $49,196.87 |
| 3.7 | Menasha Packaging Canada, LP<br>PO Box 9527, STN A<br>Toronto, ON M5W 2K3<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |
| 3.8 | Pharmasave Drugs (National) Ltd.<br>Suite 201, 8411<br>200th Street<br>Longley, BC, V2Y 0E7<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | $361.53 |
| 3.9 | Rithum Corporation<br>1201 Peachtree St NE<br>Atlanta, GA 30361<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | $103.78 |
| 3.10 | Stryder Distribution, Ltd.<br>500-710 Dorval Drive<br>Oakville, ON L6K 3V7<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | $531.45 |
| 3.11 | Sunlife Insurance<br>227 King Street South,<br>Waterloo, ON. N2J 1R2<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | $0.00 |
| 3.12 | Walmart Canada Corp<br>C/O Bank of America Lockbox Services<br>PO Box 4090 Stn A<br>Toronto, ON M5W 0E9<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | $195.67 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Inc. Case number (if known)
Name

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. | + | $ 79,216.71 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 79,216.71 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Synergy CHC Inc.

United States Bankruptcy Court for the: DISTRICT OF COLUMBIA

Case number (if known) ______________________

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☒ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name Synergy CHC Inc.

United States Bankruptcy Court for the: DISTRICT OF COLUMBIA

Case number (if known) ______________________

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Hand MD Corp. | PO Box 22<br>Sebago, ME 04029 | ACP Agency, LLC | ☒ D 2.1<br>☐ E/F<br>☐ G |
| 2.2 | NomadChoice Pty Ltd | PO Box 22<br>Sebago, ME 04029 | ACP Agency, LLC | ☒ D 2.1<br>☐ E/F<br>☐ G |
| 2.3 | Synergy CHC Corp. | PO Box 22<br>Sebago, ME 04029 | ACP Agency, LLC | ☒ D 2.1<br>☐ E/F<br>☐ G |
| 2.4 | Synergy Reorg, LLC | 20 F Street<br>7 Floor<br>Washington, DC 20001 | ACP Agency, LLC | ☒ D 2.1<br>☐ E/F<br>☐ G |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: Synergy CHC Inc.

United States Bankruptcy Court for the: DISTRICT OF COLUMBIA

Case number (if known): ____________

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From 01/01/2026 to Filing Date | ☒ Operating a business<br>☐ Other | $1,257,288.82 |
| For prior year: From 01/01/2025 to 12/31/2025 | ☒ Operating a business<br>☐ Other | $2,827,557.00 |
| For year before that: From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br>☐ Other | $4,541,595.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2026 to Filing Date | | $0.00 |
| **For prior year:** From 01/01/2025 to 12/31/2025 | | $0.00 |
| **For year before that:** From 01/01/2024 to 12/31/2024 | | $0.00 |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Inc. Case number *(if known)*

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Brendan Horning, Inc<br>200-1741 Lower Water St.<br>Halifax, NS B2J 0J2 | 07/30/26,<br>07/14/26, and<br>06/17/26 | $24,728.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. | Gowan Properties, Inc<br>3175 Highway 2<br>Fall River, Nova Scotia B2T IJ5 | 07/21/26,<br>07/02/26,<br>06/01/26 | $49,457.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. | Innomar Strategies<br>C/O T10370C<br>Toronto, ON M5W 4H1 | 07/02/26,<br>06/03/26 | $15,033.19 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. | Intact Insurance Company | 07/10/26,<br>06/01/26 | $18,962.99 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. | Stewart McKelvey<br>600-1741 Lower Water Street<br>Halifax, NS B3J 3P6 | 07/14/26 | $8,304.71 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. | SunLife Insurance | 08/07/26,<br>07/03/26, and<br>06/05/26 | $10,591.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Kyle Ross<br>3175 Highway #2<br>Fall River, NS B2T 1J5<br>Son of Jack Ross | 09/25/25<br>through<br>06/29/26 | $21,848.92 | Expense Reimbursement<br>($30,228.42 CAD) |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Inc. Case number *(if known)* ______

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.2. | Lori Ross<br>3175 Highway #2<br>Fall River, NS B2T 1J5<br>Daughter-in-law of Jack Ross | 11/12/25<br>through<br>07/27/26 | $10,059.97 | Expense Reimbursement<br>($15,059.97 CAD) |
| 4.3. | Gowan Properties<br>3175 Highway 2<br>Fall River, NS B2T 1J5<br>Affiliate | 09/24/25<br>through<br>05/05/26 | $162,773.22 | Rent ($225,200.00 CAD) |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Costco Wholesale Canada Ltd.<br>415 West Hunt Club Road<br>Ottawa, ON K2E 1C5 | Sponsorship | 2025-08 | $2,313.79 |
| | **Recipients relationship to debtor** | | | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Inc. Case number *(if known)*

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.2. | Core-Mark International<br>7800 Riverfront Gate<br>Burnaby, BC V5J 5L3 | 2024 Golf Tournament | 09/26/25 | $5,422.95 |
| | **Recipients relationship to debtor** | | | |

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Inc. Case number *(if known)*

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Kinsbrae Packaging<br>20 Heroux Devtek Dr<br>Cambridge ON N3E 0A8 | Employees of Kinsbrae Packaging | Inventory | ☐ No<br>☒ Yes |
| Innomar Strategies<br>3470 Superior Court<br>Oakville, ON L6L 0C4 | Employees of Innomar Strategies | Inventory | ☐ No<br>☒ Yes |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Inc. Case number *(if known)*

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Inc. Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.1. Jaime Fickett<br>3 Kimball Drive<br>Standish, ME 04084 | |
| 26a.2. Brendan Horning<br>200-1741 Lower Water St<br>Halifax, NS B2J 0J2 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. RBSM, LLC<br>805 3rd Ave #1430<br>New York, NY 10022 | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Jaime Fickett<br>3 Kimball Drive<br>Standish, ME 04084 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. APC Agency, LLC<br>600 Lexington Ave., 14th Floor<br>New York, NY 10022 |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lauren Berret | One Logan Square<br>130 North 18th Street, Suite 3000<br><br>Philadelphia, PA 19103 | Officer | 0 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Inc. Case number *(if known)*

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Kyle Ross<br>3175 Highway #2<br>Fall River, NS B2T 1J5<br>**Relationship to debtor**<br>Son of Jack Ross | $280,480.56 ($388,050.47 CAD) | | Salary and expense reimbursement. |
| 30.2. | Lori Ross<br>3175 Highway #2<br>Fall River, NS B2T 1J5<br>**Relationship to debtor**<br>Daughter-in-law of Jack Ross | $143,964.58 ($199,177.88 CAD) | | Salary and expense reimbursement |
| 30.3. | Gowan Properties<br>3175 Highway 2<br>Fall River, NS B2T 1J5<br>**Relationship to debtor**<br>Affiliate - Entity wholly owned by Jack Ross | $212,212.33 ($293,600.00 CAD) | 09/04/26 through 07/21/26 | Rent |
| 30.4. | Shelly Ross<br>3175 Highway #2<br>Fall River, NS B2T 1J5<br>**Relationship to debtor**<br>Spouse of Jack Ross | $235,998.78 ($326,509.03 CAD) | | Salary and Expense Reimbursement |
| 30.5. | Danielle Ross<br>3175 Highway #2<br>Fall River, NS B2T 1J5<br>**Relationship to debtor**<br>Daughter-in-law of Jack Ross | $132,533.36 ($183,362.55 CAD) | | Salary and Expense Reimbursement. |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☒ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Synergy CHC Corp. | **EIN:** 99-0379440 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Synergy CHC Inc. Case number *(if known)*

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 4, 2026

/s/ Lauren Berret
Signature of individual signing on behalf of the debtor

Lauren Berret
Printed name

Position or relationship to debtor Authorized Agent

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## District of Columbia

In re Synergy CHC Inc. — Debtor(s)

Case No.

Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Synergy CHC Corp.<br>PO Box 22<br>Sebago, ME 04029 | Common Shares | All issued and outstanding common shares | Sole shareholder; 100 % |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Authorized Agent of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date September 4, 2026

Signature /s/ Lauren Berret
Lauren Berret

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

LOCAL OFFICIAL FORM 102

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re<br>Synergy CHC Inc.,<br><br>Debtor(s) | **Case No.**<br><br>**Chapter** 11 |

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept a flat fee of | $ ____________ |
| Filing Fees | $ ____________ |
| Prior to the filing of this statement I have received | $ ____________ |
| Balance Due | $ ____________ |

**OR**

I have agreed to provide services on the following terms and conditions (i.e., hourly or without compensation on a pro bono basis). If pro bono, questions 2, 3, and 4 may be omitted.

For legal services, I have agreed to accept and received a retainer of $0.00.

The undersigned shall bill against the retainer at an hourly rate of $600.00

2. The source of the compensation paid to me was:

☒ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

☒ Debtor ☐ Other (specify):

4 ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members or associates of my law firm

☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. All services set forth in Local Bankruptcy Rule 2016-2(a)(2)(B), if electing compensation under the Court’s presumptively reasonable fee in a chapter 13 case;
e. [Other provisions as needed]

Representation of the debtor in all facets of this chapter 11 case.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation of the debtor in any matter outside of this Honorable Court.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**CERTIFICATION**

I certify that the foregoing is an accurate statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date: September 4, 2026

/s/ Maurice Verstandig
Signature of attorney

Maurice Verstandig
Name, Bar Number
The VerStandig Law Firm
Firm
9812 Falls Road
#114-160
Potomac, MD 20854
Address

Telephone
mac@mbvesq.com
Email Address



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

ACP Agency, LLC
c/o Acme Credit Partners, LLC
600 Lexington Ave., 14th Floor
New York, NY 10022

Agile Distributors
78 Signet Drive
North York, ON M9L 1T2

Amazon Advertising Canada Inc.
c/oTH0030
Toronto, ON M5W 5V2

Amazon Seller Central
8050 Heritage Road
Brampton, ON L6Y 0C9

Amazon Vendor Central
8050 Heritage Road
Brampton, ON L6Y 0C9

Baass Business Solutions, Inc
1200 Centre Street
Thornhill, ON L4J 3M9

Bell Mobility, Inc.
PO Box 5102
Burlington, ON L7R 4R7

Blackfly Beverage, Co.
847 Highbury Ave N
London, ON N5Y 5B8

Canada Canning
101 Dartnall Road
Hamilton, ON L8W 3N1

Canada Revenue Agency
875 Heron Road
Ottawa, ON K1A 1B1

Canada Revenue Agency
Tax Center
Summerside, PE C1N 6A2

Canadian Revenue Agency - Payroll
PO Box 3800, STN A
Sudbury, ON P3A 0C3

Circana, LLC
203 N. LaSalle Street
Chicago, IL 60601

Club Demonstration Services
2 Gurdwara Road
Ottawa, ON K2E 1A2

Core-Mark International
7800 Riverfront Gate
Burnaby, BC V5J 5L3

Costco Canada
415 West Hunt Club Road
Ottawa, ON K2E 1C5

Crane Worldwide Logistics
2265 - 6900 Graybar Road
Richmond, BC V6W 0A5

Criteo Canada Corp
c/o TH1099
Toronto, ON M5W 5W6

Criteo Corp
Lockbox Criteo 7537
Philadelphia, PA 19170-7537

Eastlink
PO Box 8600
Halifax, NS B3K 5M2

Federated Co-Operatives Limited
PO Box 1050
Saskatoon, SK S7K 3M9

Fedex
PO Box 4626 Toronto Stn A
Toronto, ON M5W 5B4

Funnel
33 Arch Street
Boston, MA 02110

General Nutrition Corporation
75 Hopper Place
Pittsburgh, PA 15222

Hand MD Corp.
PO Box 22
Sebago, ME 04029

Impact Printing & Packaging
15150 Sierra Bonita Lane
Chino, CA 91710

Innomar Strategies
c/o T10370C
Toronto, ON M5W 4H1

Instacart
P.O. Box 4286, Postal STN A
Toronto, ON M5W 5W9

Kinsbrae Packaging
20 Heroux Devtek Dr.
Cambridge, ON N3E 0A8

Knight Therapeutics Inc
3400 De Maisonneuve Ouest
Montreal, QC H3Z 3B8

Kohl & Frisch Ltd.
7622 Keele Street
Concord, ON L4K 2R5

Lawton's Wholesale
236 Brownlow Avenue
Suite 270 Dartmouth, ND B3B 1V5

Lawtons Administration
123 Foord Street
Stellarton, NS B0K 1S0

Le Groupe Jean Coutu (PJC) Inc.
245 Rue Jean Coutu
Varennes, QC J3X 0E1

LebelPharma Inc.
1-1980 rue Grimard
Trois-Rivieres, QC G8Y 4J5

Loblaws, Inc.
1 Presidents Choice Circle
Brampton, ON L6Y 5S5

LOGIC-OLOGY LOGISTICS INC.
7271 Nelson Rd
Richmond, BC V6W 1G3

London Drugs Limited
12831 Horseshoe Place
Richmond, BC V7A 4X5

McKesson Canada
4705 Rue Dobrin
Montreal, QC H4R 2P7

McMahon Dist. Pharmaceutique Inc.
5559 Dundas Street, West
Etobicoke, ON M9B 1B9

Menasha Packaging Canada, LP
PO Box 9527, STN A
Toronto, ON M5W 2K3

Metro Ontario Inc.
5559 Dundas Street West
Etobicoke, ON M9B 1B9

NomadChoice Pty Ltd
PO Box 22
Sebago, ME 04029

Pharmasave Drugs (National) Ltd.
Suite 201, 8411
200th Street Longley, BC, V2Y 0E7

ProTab Laboratories
25902 Towne Center Drive
Foothill Ranch, CA 92610

Revenu Quebec
C. P. 25500 succursale Terminus
Quebec, QC G1A 0A9

Revenue of Quebec
Attn: Alain Lacasse C65-6F
Quebec, QC G1N 4V5

Rithum Corporation
1201 Peachtree St NE
Atlanta, GA 30361

Shoppers Drug Mart, Inc.
243 Conumers Road
North York, ON M2J 4W8

Sobeys Administration
123 Foord Street
Stellarton, NS B0K 1S0

Stryder Distribution, Ltd.
500-710 Dorval Drive
Oakville, ON L6K 3V7

Sunlife Insurance
227 King Street South,
Waterloo, ON. N2J 1R2

Synergy CHC Corp.
PO Box 22
Sebago, ME 04029

Synergy Reorg, LLC
20 F Street
7 Floor
Washington, DC 20001

TingleMerrett LLP Barristers & Solicitor
1250 Standard Life Building
Calgary, AB T2P 0M9

TJX Canada
60 Standish Court
Mississauga, ON L5R 0G1

UPS Canada
P.O. Box 4900, Station A
Toronto, ON M5W 0A7

Walmart Canada Corp
C/O Bank of America Lockbox Services
PO Box 4090 Stn A Toronto, ON M5W 0E9

# United States Bankruptcy Court
## District of Columbia

In re Synergy CHC Inc.
Debtor(s)

Case No.
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Synergy CHC Inc. in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Synergy CHC Corp.
PO Box 22
Sebago, ME 04029

☐ None [*Check if applicable*]

September 4, 2026
Date

/s/ Maurice Verstandig
Maurice Verstandig
Signature of Attorney or Litigant
Counsel for Synergy CHC Inc.

The Belmont Firm
1050 Connecticut NW
Suite 500
Washington, DC 20036
Fax:
mac@mbvesq.com

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com