Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Phone: (202) 991-1101
mac@mbvesq.com
*Proposed Counsel for the Debtors*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-464-ELG |
| | ) | (Chapter 11) |
| Synergy Reorg, LLC.[1] | ) | |
| | ) | |
| Debtors. | ) | Joint Administration Motion Forthcoming |

**NOTICE OF ELECTION AS COMPLEX CHAPTER 11 CASE**

This notice is being filed in compliance with the Procedures for Complex Chapter 11 Cases in the District of Columbia (the "Complex Case Procedures") and, in accordance therewith, the above captioned debtors represent as follows:

1. this case is filed under chapter 11 of the Bankruptcy Code;

2. this case is not filed by an individual debtor, as a single asset real estate case, or as a small business case as defined in 11 U.S.C. § 101(51C); and

3. one of the following apply (check one box only):

☒ this case qualifies as a Complex Chapter 11 case under I(a)(1) of the Complex Case Procedures because:

(a) the Debtor (and all affiliate Debtors) have total liabilities are more than $50 million;

(b) the Debtor (and all affiliate Debtors) have 250 or more total creditors; or

(c) a portion of the debtor or equity of the debtor or any affiliated debtor is publicly traded.

[1] The Debtors in these cases are Synergy Reorg, LLC.; Synergy CHC Corp.; Synergy CHC Inc.; Hand MD Corp.; Synergy CHC Mexico; and NomadChoice Pty, Ltd.

☐ the Debtor elects for this case to be treated as a Complex Chapter 11 case under I(a)(2) of the Complex Case Procedures because:

(a) the Debtor (and all affiliate Debtors) have total liabilities are more than $10 million; or

(b) the Debtor (and all affiliate Debtors) have at more than 50 but nor more than 249 total creditors.

☐ the Debtor has filed a motion for treatment as a Complex Chapter 11 case under I(a)(3) of the Complex Case Procedures.

.

Respectfully submitted,

Dated: September 5, 2026 By: /s/ Maurice B. VerStandig

Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Phone: (202) 991-1101
mac@mbvesq.com
*Proposed Counsel for the Debtors*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of September, 2026, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

/s/ Maurice B. VerStandig
Maurice B. VerStandig