**Signed: September 8, 2026**

**The Order below is modified to provide that, notwithstanding the deadline for written objections, the Court retains discretion to allow oral objections at the hearing.**

Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 26-464-ELG |
| | ) | (Chapter 11) |
| Synergy Reorg, LLC.[1] | ) | |
| | ) | |
| Debtors. | ) | Joint Administration Motion Pending |

**ORDER SCHEDULING HEARING ON FIRST DAY MOTIONS**

Upon consideration of the Motion to Hold First Day Hearings (the "Motion") filed by the debtors in these cases, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that a hearing on the first day motions shall be held at 9:30 am prevailing Eastern Time on Thursday, September 10, 2026, via Zoom and in-person, and parties in interest may contact Gunn_Hearings@dcb.uscourts.gov for log-in credentials; and it is further

[1] The Debtors in these cases are Synergy Reorg, LLC.; Synergy CHC Corp.; Synergy CHC Inc.; Hand MD Corp.; Synergy CHC Mexico; and NomadChoice Pty, Ltd.

ORDERED, that any party wishing to oppose any of the first day motions shall do so by written brief, docketed not later than 7:00 am prevailing Eastern Time on Thursday, September 10, 2026; and it is further

ORDERED, that proposed counsel for the Debtor shall cause a copy of this order to be sent, via e-mail, to counsel known to represent parties in interest, in addition to ordinary service via CM/ECF, with such sufficing as notice of the hearing scheduled herein.

.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, Maryland 20854
Phone: (202) 991-1101
mac@mbvesq.com
*Proposed Counsel for the Debtors*

United States Bankruptcy Court
District of Columbia

In re: Case No. 26-00466-ELG
Synergy CHC Inc. Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1 User: admin Page 1 of 3
Date Rcvd: Sep 08, 2026 Form ID: pdf001 Total Noticed: 63

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Synergy CHC Inc., PO Box 22, Sebago, ME 04029-0022 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| 814418 | + | ACP Agency, LLC, c/o Acme Credit Partners, LLC, 600 Lexington Ave., 14th Floor, New York, NY 10022-6000 |
| 814419 | | Agile Distributors, 78 Signet Drive, North York, ON M9L 1T2 |
| 814420 | | Amazon Advertising Canada Inc., c/oTH0030, Toronto, ON M5W 5V2 |
| 814421 | | Amazon Seller Central, 8050 Heritage Road, Brampton, ON L6Y 0C9 |
| 814422 | | Amazon Vendor Central, 8050 Heritage Road, Brampton, ON L6Y 0C9 |
| 814423 | | Baass Business Solutions, Inc, 1200 Centre Street, Thornhill, ON L4J 3M9 |
| 814424 | | Bell Mobility, Inc., PO Box 5102, Burlington, ON L7R 4R7 |
| 814425 | | Blackfly Beverage, Co., 847 Highbury Ave N, London, ON N5Y 5B8 |
| 814426 | | Canada Canning, 101 Dartnall Road, Hamilton, ON L8W 3N1 |
| 814427 | | Canada Revenue Agency, 875 Heron Road, Ottawa, ON K1A 1B1 |
| 814428 | | Canada Revenue Agency, Tax Center, Summerside, PE C1N 6A2 |
| 814429 | | Canadian Revenue Agency - Payroll, PO Box 3800, STN A, Sudbury, ON P3A 0C3 |
| 814430 | + | Circana, LLC, 203 N. LaSalle Street, Chicago, IL 60601-1225 |
| 814431 | | Club Demonstration Services, 2 Gurdwara Road, Ottawa, ON K2E 1A2 |
| 814432 | | Core-Mark International, 7800 Riverfront Gate, Burnaby, BC V5J 5L3 |
| 814433 | | Costco Canada, 415 West Hunt Club Road, Ottawa, ON K2E 1C5 |
| 814434 | | Crane Worldwide Logistics, 2265 - 6900 Graybar Road, Richmond, BC V6W 0A5 |
| 814435 | | Criteo Canada Corp, c/o TH1099, Toronto, ON M5W 5W6 |
| 814436 | | Criteo Corp, Lockbox Criteo 7537, Philadelphia, PA 19170-7537 |
| 814437 | | Eastlink, PO Box 8600, Halifax, NS B3K 5M2 |
| 814438 | | Federated Co-Operatives Limited, PO Box 1050, Saskatoon, SK S7K 3M9 |
| 814439 | | Fedex, PO Box 4626 Toronto Stn A, Toronto, ON M5W 5B4 |
| 814440 | + | Funnel, 33 Arch Street, Boston, MA 02110-1424 |
| 814441 | + | General Nutrition Corporation, 75 Hopper Place, Pittsburgh, PA 15222-4762 |
| 814442 | + | Hand MD Corp., PO Box 22, Sebago, ME 04029-0022 |
| 814445 | | Innomar Strategies, c/o T10370C, Toronto, ON M5W 4H1 |
| 814446 | | Instacart, P.O. Box 4286, Postal STN A, Toronto, ON M5W 5W9 |
| 814447 | | Kinsbrae Packaging, 20 Heroux Devtek Dr., Cambridge, ON N3E 0A8 |
| 814448 | | Knight Therapeutics Inc, 3400 De Maisonneuve Ouest, Montreal, QC H3Z 3B8 |
| 814449 | | Kohl & Frisch Ltd., 7622 Keele Street, Concord, ON L4K 2R5 |
| 814455 | | LOGIC-OLOGY LOGISTICS INC., 7271 Nelson Rd, Richmond, BC V6W 1G3 |
| 814451 | | Lawtons Administration, 123 Foord Street, Stellarton, NS B0K 1S0 |
| 814452 | | Le Groupe Jean Coutu (PJC) Inc., 245 Rue Jean Coutu, Varennes, QC J3X 0E1 |
| 814453 | | LebelPharma Inc., 1-1980 rue Grimard, Trois-Rivieres, QC G8Y 4J5 |
| 814454 | | Loblaws, Inc., 1 Presidents Choice Circle, Brampton, ON L6Y 5S5 |
| 814456 | | London Drugs Limited, 12831 Horseshoe Place, Richmond, BC V7A 4X5 |
| 814457 | | McKesson Canada, 4705 Rue Dobrin, Montreal, QC H4R 2P7 |

| | | |
|---|---|---|
| 814458 | | McMahon Dist. Pharmaceutique Inc., 5559 Dundas Street, West, Etobicoke, ON M9B 1B9 |
| 814459 | | Menasha Packaging Canada, LP, PO Box 9527, STN A, Toronto, ON M5W 2K3 |
| 814460 | | Metro Ontario Inc., 5559 Dundas Street West, Etobicoke, ON M9B 1B9 |
| 814461 | + | NomadChoice Pty Ltd, PO Box 22, Sebago, ME 04029-0022 |
| 814462 | | Pharmasave Drugs (National) Ltd., Suite 201, 8411, 200th Street Longley, BC, V2Y 0E7 |
| 814464 | | Revenu Quebec, C. P. 25500 succursale Terminus, Quebec, QC G1A 0A9 |
| 814465 | | Revenue of Quebec, Attn: Alain Lacasse C65-6F, Quebec, QC G1N 4V5 |
| 814466 | + | Rithum Corporation, 1201 Peachtree St NE, Atlanta, GA 30361-6329 |
| 814467 | | Shoppers Drug Mart, Inc., 243 Conumers Road, North York, ON M2J 4W8 |
| 814468 | | Sobeys Administration, 123 Foord Street, Stellarton, NS B0K 1S0 |
| 814469 | | Stryder Distribution, Ltd., 500-710 Dorval Drive, Oakville, ON L6K 3V7 |
| 814470 | | Sunlife Insurance, 227 King Street South,, Waterloo, ON. N2J 1R2 |
| 814472 | | Synergy Reorg, LLC, 20 F Street, 7 Floor, Washington, DC 20001 |
| 814474 | | TJX Canada, 60 Standish Court, Mississauga, ON L5R 0G1 |
| 814473 | | TingleMerrett LLP Barristers & Solicitor, 1250 Standard Life Building, Calgary, AB T2P 0M9 |
| 814475 | | UPS Canada, P.O. Box 4900, Station A, Toronto, ON M5W 0A7 |
| 814476 | | Walmart Canada Corp, C/O Bank of America Lockbox Services, PO Box 4090 Stn A Toronto, ON M5W 0E9 |

TOTAL: 57

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Sep 09 2026 01:18:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Sep 09 2026 01:15:52 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 09 2026 01:18:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Sep 09 2026 01:15:56 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Sep 09 2026 01:18:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Sep 09 2026 01:18:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 814444 | | Chino, CA 91710 |
| 814443 | | Impact Printing & Packaging, 15150 Sierra Bonita Lane |
| 814450 | | Lawton's Wholesale, 236 Brownlow Avenue, Suite 270 Dartmouth, ND B3B 1V5 |
| 814471 | *+ | Synergy CHC Corp., PO Box 22, Sebago, ME 04029-0022 |
| 814463 | ##+ | ProTab Laboratories, 25902 Towne Center Drive, Foothill Ranch, CA 92610-3436 |

TOTAL: 3 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Debtor Synergy CHC Inc. mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 3