**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | Synergy CHC Inc.<br>Name | EIN: | 99−9999999 |
| United States Bankruptcy Court | United States Bankruptcy Court for the District of Columbia | Date case filed for chapter: | 11 9/4/26 |
| Case number: | 26−00466−ELG | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

**10/22**

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Synergy CHC Inc. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | PO Box 22<br>Sebago, ME 04029 | |
| 4. | **Debtor's attorney**<br>Name and address | Maurice Belmont VerStandig<br>The VerStandig Law Firm, LLC<br>9812 Falls Road<br>#114−160<br>Potomac, MD 20854 | Contact phone 301−444−4600<br>Email: mac@mbvesq.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001 | Hours open:<br>9:00 am – 4:00 pm Monday to Friday<br>Contact phone (202) 354−3280<br>Date: 9/9/26 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **October 9, 2026 at 10:00 AM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Telephone #: (888) 330−1716, Passcode: 5678318** |
| | At the meeting, the Trustee may give notice of their intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rule 6007−1. | | |

**For more information, see page 2 >**

| | |
|---|---|
| **7. Proof of claim deadline** | **Deadline for filing proof of claim:**<br>**For all creditors (except a governmental unit):** 1/19/27<br>**For a governmental unit:** 3/3/27<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated;*<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| **8. Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br>**Deadline for filing the complaint:** 12/8/26 |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

United States Bankruptcy Court
District of Columbia

In re: Case No. 26-00466-ELG
Synergy CHC Inc. Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1 User: admin Page 1 of 3
Date Rcvd: Sep 09, 2026 Form ID: 309F1 Total Noticed: 67

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Synergy CHC Inc., PO Box 22, Sebago, ME 04029-0022 |
| aty | + | Katharine Toledo, Office of the United States Trustee, 1725 Duke St., Alexandria, VA 22314-3456 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| 814418 | + | ACP Agency, LLC, c/o Acme Credit Partners, LLC, 600 Lexington Ave., 14th Floor, New York, NY 10022-6000 |
| 814419 | | Agile Distributors, 78 Signet Drive, North York, ON M9L 1T2 |
| 814420 | | Amazon Advertising Canada Inc., c/oTH0030, Toronto, ON M5W 5V2 |
| 814421 | | Amazon Seller Central, 8050 Heritage Road, Brampton, ON L6Y 0C9 |
| 814422 | | Amazon Vendor Central, 8050 Heritage Road, Brampton, ON L6Y 0C9 |
| 814423 | | Baass Business Solutions, Inc, 1200 Centre Street, Thornhill, ON L4J 3M9 |
| 814424 | | Bell Mobility, Inc., PO Box 5102, Burlington, ON L7R 4R7 |
| 814425 | | Blackfly Beverage, Co., 847 Highbury Ave N, London, ON N5Y 5B8 |
| 814426 | | Canada Canning, 101 Dartnall Road, Hamilton, ON L8W 3N1 |
| 814427 | | Canada Revenue Agency, 875 Heron Road, Ottawa, ON K1A 1B1 |
| 814428 | | Canada Revenue Agency, Tax Center, Summerside, PE C1N 6A2 |
| 814429 | | Canadian Revenue Agency - Payroll, PO Box 3800, STN A, Sudbury, ON P3A 0C3 |
| 814430 | + | Circana, LLC, 203 N. LaSalle Street, Chicago, IL 60601-1225 |
| 814431 | | Club Demonstration Services, 2 Gurdwara Road, Ottawa, ON K2E 1A2 |
| 814432 | | Core-Mark International, 7800 Riverfront Gate, Burnaby, BC V5J 5L3 |
| 814433 | | Costco Canada, 415 West Hunt Club Road, Ottawa, ON K2E 1C5 |
| 814434 | | Crane Worldwide Logistics, 2265 - 6900 Graybar Road, Richmond, BC V6W 0A5 |
| 814435 | | Criteo Canada Corp, c/o TH1099, Toronto, ON M5W 5W6 |
| 814436 | | Criteo Corp, Lockbox Criteo 7537, Philadelphia, PA 19170-7537 |
| 814437 | | Eastlink, PO Box 8600, Halifax, NS B3K 5M2 |
| 814438 | | Federated Co-Operatives Limited, PO Box 1050, Saskatoon, SK S7K 3M9 |
| 814439 | | Fedex, PO Box 4626 Toronto Stn A, Toronto, ON M5W 5B4 |
| 814440 | + | Funnel, 33 Arch Street, Boston, MA 02110-1424 |
| 814441 | + | General Nutrition Corporation, 75 Hopper Place, Pittsburgh, PA 15222-4762 |
| 814442 | + | Hand MD Corp., PO Box 22, Sebago, ME 04029-0022 |
| 814445 | | Innomar Strategies, c/o T10370C, Toronto, ON M5W 4H1 |
| 814446 | | Instacart, P.O. Box 4286, Postal STN A, Toronto, ON M5W 5W9 |
| 814447 | | Kinsbrae Packaging, 20 Heroux Devtek Dr., Cambridge, ON N3E 0A8 |
| 814448 | | Knight Therapeutics Inc, 3400 De Maisonneuve Ouest, Montreal, QC H3Z 3B8 |
| 814449 | | Kohl & Frisch Ltd., 7622 Keele Street, Concord, ON L4K 2R5 |
| 814455 | | LOGIC-OLOGY LOGISTICS INC., 7271 Nelson Rd, Richmond, BC V6W 1G3 |
| 814451 | | Lawtons Administration, 123 Foord Street, Stellarton, NS B0K 1S0 |
| 814452 | | Le Groupe Jean Coutu (PJC) Inc., 245 Rue Jean Coutu, Varennes, QC J3X 0E1 |
| 814453 | | LebelPharma Inc., 1-1980 rue Grimard, Trois-Rivieres, QC G8Y 4J5 |
| 814454 | | Loblaws, Inc., 1 Presidents Choice Circle, Brampton, ON L6Y 5S5 |
| 814456 | | London Drugs Limited, 12831 Horseshoe Place, Richmond, BC V7A 4X5 |

| | | |
|---|---|---|
| 814457 | | McKesson Canada, 4705 Rue Dobrin, Montreal, QC H4R 2P7 |
| 814458 | | McMahon Dist. Pharmaceutique Inc., 5559 Dundas Street, West, Etobicoke, ON M9B 1B9 |
| 814459 | | Menasha Packaging Canada, LP, PO Box 9527, STN A, Toronto, ON M5W 2K3 |
| 814460 | | Metro Ontario Inc., 5559 Dundas Street West, Etobicoke, ON M9B 1B9 |
| 814461 | + | NomadChoice Pty Ltd, PO Box 22, Sebago, ME 04029-0022 |
| 814462 | | Pharmasave Drugs (National) Ltd., Suite 201, 8411, 200th Street Longley, BC, V2Y 0E7 |
| 814464 | | Revenu Quebec, C. P. 25500 succursale Terminus, Quebec, QC G1A 0A9 |
| 814465 | | Revenue of Quebec, Attn: Alain Lacasse C65-6F, Quebec, QC G1N 4V5 |
| 814466 | + | Rithum Corporation, 1201 Peachtree St NE, Atlanta, GA 30361-6329 |
| 814467 | | Shoppers Drug Mart, Inc., 243 Conumers Road, North York, ON M2J 4W8 |
| 814468 | | Sobeys Administration, 123 Foord Street, Stellarton, NS B0K 1S0 |
| 814469 | | Stryder Distribution, Ltd., 500-710 Dorval Drive, Oakville, ON L6K 3V7 |
| 814470 | | Sunlife Insurance, 227 King Street South,, Waterloo, ON. N2J 1R2 |
| 814472 | | Synergy Reorg, LLC, 20 F Street, 7 Floor, Washington, DC 20001 |
| 814474 | | TJX Canada, 60 Standish Court, Mississauga, ON L5R 0G1 |
| 814473 | | TingleMerrett LLP Barristers & Solicitor, 1250 Standard Life Building, Calgary, AB T2P 0M9 |
| 814475 | | UPS Canada, P.O. Box 4900, Station A, Toronto, ON M5W 0A7 |
| 814476 | | Walmart Canada Corp, C/O Bank of America Lockbox Services, PO Box 4090 Stn A Toronto, ON M5W 0E9 |

TOTAL: 58

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Sep 09 2026 23:06:00 | Kristen S. Eustis, Office of the United States Trustee, 1725 Duke Street, Ste 650, Alexandria, VA 22314-3489 |
| aty | | Email/Text: mac@mbvesq.com | Sep 09 2026 23:06:00 | Maurice Belmont VerStandig, The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854 |
| smg | + | EDI: DCGOVT | Sep 10 2026 03:06:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Sep 09 2026 23:03:31 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | EDI: IRS.COM | Sep 10 2026 03:06:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Sep 09 2026 23:03:38 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Sep 09 2026 23:06:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Sep 09 2026 23:06:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Sep 09 2026 23:06:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 814444 | | Chino, CA 91710 |
| 814443 | | Impact Printing & Packaging, 15150 Sierra Bonita Lane |

| | | |
|---|---|---|
| 814450 | | Lawton's Wholesale, 236 Brownlow Avenue, Suite 270 Dartmouth, ND B3B 1V5 |
| 814471 | *+ | Synergy CHC Corp., PO Box 22, Sebago, ME 04029-0022 |
| 814463 | ##+ | ProTab Laboratories, 25902 Towne Center Drive, Foothill Ranch, CA 92610-3436 |

TOTAL: 3 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Katharine Toledo | on behalf of U.S. Trustee U. S. Trustee for Region Four katharine.i.toledo@usdoj.gov Robert.W.Ours@usdoj.gov |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Debtor In Possession Synergy CHC Inc. mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 4